IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr55

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| HOA QUY DO (11) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the motion of counsel for the defendant requesting an interim payment for costs of approximately $466 associated with printing hard copies from CD-ROMs provided by the government in discovery. (Doc. No. 177).

For the reasons stated in the motion, the Court finds that counsel has stated a sufficient basis to justify an interim payment for such expense. However, the Court encourages counsel to contact co-counsel to determine whether any have already printed such material to minimize unnecessary expenses by the printing company.

**IT IS, THEREFORE, ORDERED** that the Motion to Permit Interim Payment is **GRANTED**. The amount of the payment will be determined upon submission and review of the appropriate final documentation.

Signed: November 15, 2006

Robert J. Conrad, Jr.
Chief United States District Judge